## United States District Court for the Northern District of Illinois

Case Number: 08CV2822                    Assigned/Issued By: TD

Judge Name: SHADUR                        Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00      [ ] $39.00      [ ] $5.00

[ ] IFP        [ ] No Fee       [ ] Other _____

[ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: $350.00                       Receipt #: 277 9793

Date Payment Rec'd: 5/15/2008              Fiscal Clerk: _____

---

### ISSUANCES

[✓] Summons                               [ ] Alias Summons

[ ] Third Party Summons                   [ ] Lis Pendens

[ ] Non Wage Garnishment Summons          [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons    _____

(Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
(Type of Writ)

 1  Original and _____ copies on 5/15/2008 as to _____
(Date)

DEFENDANT

---