## United States District Court for the Northern District of Illinois

Case Number: 08cv2822                    Assigned/Issued By: j. n.

Judge Name:                              Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                 ☑ Alias Summons

☐ Third Party Summons                     ☐ Lis Pendens

☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons      _____
                                          _____
                                          (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

_1_ Original and _0_ copies on _5/21/08_ as to _defendant_
                                (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05