AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**ALIAS** SUMMONS IN A CIVIL CASE

VELSICOL CHEMICAL CORPORATION

CASE NUMBER: 08 C 02822

V.

ASSIGNED JUDGE: Milton I. Shadur

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY

DESIGNATED
MAGISTRATE JUDGE: Maria Valdez

TO: (Name and address of Defendant)

American International Specialty Lines Insurance Company
c/o Any Officer or Director
300 Riverside Plaza, Suite 2100
Chicago, Illinois 60606-6613

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Goodman
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*[signature]*
(By) DEPUTY CLERK

**May 22, 2008**
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE May 23, 2008 |
| NAME OF SERVER (PRINT) Scott Lazzara | TITLE Illinois-Licensed Private Detective |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served:
American International Specialty Lines Insurance Company c/o Any Officer or Director
300 Riverside Plaza, Suite 2100 Chicago, IL 60606-6613

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): Service accepted by Susan Borghese, AIG Executive Department -- 312-930-6979
(W/F 30's, medium height and build, red hair)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-29-08           *(signature)*
              Date         Signature of Server

6348 N. Milwuakee, #211, Chicago, IL 60646
*Address of Server*

*(notary signature)* 5/29/08

"OFFICIAL SEAL"
SHIELA J. STEINER
Notary Public, State of Illinois
My Commission Expires 10/30/10

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.