U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | 08 CV 2822 |
|---|---|---|

Velsicol Chemical Corporation v.

American International Specialty Lines Insurance Company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

American International Specialty Lines Insurance Company

| NAME (Type or print) |  |
|---|---|
| Brian M. Reid |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Brian M. Reid |  |
| FIRM |  |
| Litchfield Cavo LLP |  |
| STREET ADDRESS |  |
| 303 W. Madison Street, Suite 300 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60606 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6216739 | 312-781-6617 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL          APPOINTED COUNSEL | |