# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2822 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Velsicol Chemical vs. American International | | |

**DOCKET ENTRY TEXT**

Defendant's motions for leave to appear pro hac vice are granted. (16-1, 17-1, 18-1) Edward Krugman, Joel Kurtzberg and Yisreal Haselkorn are granted leave to file their appearances on behalf of the defendant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|