**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 CV 2822

Velsicol Chemical Corporation,
Plaintiff,
v.
American International Specialty Lines Insurance Company,
Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

American International Specialty Lines Insurance Company, defendant.

| | |
|---|---|
| NAME (Type or print) <br> Joel Kurtzberg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Joel Kurtzberg | |
| FIRM <br> Cahill Gordon & Reindel LLP | |
| STREET ADDRESS <br> 80 Pine Street | |
| CITY/STATE/ZIP <br> New York, New York 10005 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> (212) 701-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

PDF created with pdfFactory trial version www.pdffactory.com